**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | | Case Number: |
|---|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC., | Plaintiff, | FILED: AUGUST 1, 2008<br>08CV4388<br>JUDGE KENDALL<br>MAGISTRATE JUDGE MASON |
| v. | | |
| 5 STAR SUPPLY LLC, et al., | Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JH

CONSOLIDATED COMMERCIAL CONTROLS, INC.

| NAME (Type or print) |
|---|
| Breanne R. Dunn |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Breanne R. Dunn |
| FIRM |
| Katten Muchin Rosenman LLP |
| STREET ADDRESS |
| 525 West Monroe Street |
| CITY/STATE/ZIP |
| Chicago, IL  60661-3693 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286078 | |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐