**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC., Plaintiff, | FILED: AUGUST 1, 2008 |
| v. | 08CV4388 |
| 5 STAR SUPPLY LLC, et al., Defendants. | JUDGE KENDALL |
| | MAGISTRATE JUDGE MASON |
| | JH |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONSOLIDATED COMMERCIAL CONTROLS, INC.,

| NAME (Type or print) |
|---|
| Jeffrey L. Rudd |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Jeffrey L. Rudd |

| FIRM |
|---|
| Katten Muchin Rosenman LLP |

| STREET ADDRESS |
|---|
| 525 West Monroe Street |

| CITY/STATE/ZIP |
|---|
| Chicago, IL  60661-3693 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273373 | (312) 902-5310 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐