**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

CONSOLIDATED COMMERCIAL CONTROLS, INC.,          Plaintiff,
v.

5 STAR SUPPLY LLC, et al.,          Defendants.

Case Number:
FILED: AUGUST 1, 2008
08CV4388
JUDGE KENDALL
MAGISTRATE JUDGE MASON
JH

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CONSOLIDATED COMMERCIAL CONTROLS, INC.

| |
|---|
| NAME (Type or print)<br>Bonita L. Stone |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Bonita L. Stone |
| FIRM<br>Katten Muchin Rosenman LLP |
| STREET ADDRESS<br>525 West Monroe Street |
| CITY/STATE/ZIP<br>Chicago, IL  60661-3693 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3125542 | (312) 902-5200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐