IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC. d/b/a ALLPOINTS FOODSERVICE PARTS & SUPPLIES,<br><br>        Plaintiff,<br><br>  v.<br><br>5 STAR SUPPLY LLC, 5 STAR MANAGEMENT GROUP, LLC, LINDA A. WILLIAMS, CLIFFORD G. WILLIAMS II, STEPHEN J. PURSEL, PHILIP J. CARUSO, AND ROBERT G. MASTROFRANCESCO,<br><br>        Defendants. | Case No. FILED: AUGUST 1, 2008<br>08CV4388<br>JUDGE KENDALL<br>MAGISTRATE JUDGE MASON<br><br>JH |

## PLAINTIFF'S RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Plaintiff, Consolidated Commercial Controls, Inc. d/b/a AllPoints Foodservice Parts & Supplies ("CCC"), in accordance with Fed. R. Civ. P. 7.1 and L.R. 3.2, hereby states:

1. CCC's parent corporation is Consolidated Commercial Controls, L.L.C.

2. No publicly held corporation owns 10% or more of CCC's stock.

        Respectfully submitted,

        CONSOLIDATED COMMERCIAL CONTROLS,
        INC. d/b/a ALLPOINTS FOODSERVICE PARTS
        & SUPPLIES,

        /s/ Jeffrey L. Rudd
                One of Its Attorneys

Bonita L. Stone
Jeffrey L. Rudd
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
(312) 902-5200 (telephone)
(312) 902-1061 (facsimile)

#60664525