IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC. d/b/a ALLPOINTS FOODSERVICE PARTS & SUPPLIES, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.  FILED: AUGUST 1, 2008 08CV4388 |
| v. | ) ) | JUDGE KENDALL MAGISTRATE JUDGE MASON |
| 5 STAR SUPPLY LLC, 5 STAR MANAGEMENT GROUP, LLC, LINDA A. WILLIAMS, CLIFFORD G. WILLIAMS II, STEPHEN J. PURSEL, PHILIP J. CARUSO, AND ROBERT G. MASTROFRANCESCO, | ) ) ) ) ) ) | JH |
| Defendants. | ) | |

## VERIFICATION

I, John Hanby, President of Consolidated Commercial Controls, Inc. d/b/a AllPoints Foodservice Parts & Supplies, declare under penalty of perjury that the statements set forth in this Verified Complaint for Injunctive and Other Relief are true and correct to the best of my knowledge, information, and belief.

_____
John Hanby

Date _August 1, 2008_