IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC. d/b/a ALLPOINTS FOODSERVICE PARTS & SUPPLIES, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 4388 |
| v. | ) ) | Judge Virginia Kendall |
| 5 STAR SUPPLY LLC, 5 STAR MANAGEMENT GROUP, LLC, LINDA A. WILLIAMS, CLIFFORD G. WILLIAMS II, STEPHEN J. PURSEL, PHILIP J. CARUSO, AND ROBERT G. MASTROFRANCESCO, | ) ) ) ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Parties on Certificate of Service

PLEASE TAKE NOTICE that on Thursday, August 19, 2008, at 9:00 a.m., Plaintiff will appear before the Honorable Judge Virginia M. Kendall, on *Plaintiff's Motion for Preservation Order and Forensic Examination* and *Plaintiff's Motion for Preliminary Injunction and Expedited Discovery*, copies of which will be contemporaneously filed and served on you through the ECF system.

                              CONSOLIDATED COMMERCIAL CONTROLS,
                              INC., d/b/a ALLPOINTS FOODSERVICE PARTS
                              & SUPPLIES


                              By: /s/ Jeffrey L. Rudd_____
                                    One of Its Attorneys

Bonita L. Stone
Jeffrey L. Rudd
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200 (telephone)
(312) 902-1061 (facsimile)
#60666261

## **CERTIFICATE OF SERVICE**

I, Jeffrey L. Rudd, an attorney, certify that on August 8, 2008, I served a copy of the foregoing *Notice of Motion*, by first class mail, proper postage prepared, in the U.S. Mail located at 525 West Monroe Street, Chicago, Illinois 60661 and by overnight delivery by Federal Express, upon the following:

>
> Rowena A. Moffett
> Brenner, Saltzman & Wallman LLP
> 271 Whitney Ave.
> New Haven, CT 06511
>
> 5 Star Supply LLC
> 5 Star Management Group, LLC
> Linda Williams
> c/o Linda Williams
> 66 Hidden Hill Road
> New Hartford, CT 06057
>
> Clifford Williams
> 66 Hidden Hill Road
> New Hartford, CT 06057
>
> Philip Caruso
> 25 Cheryl Lane
> Prospect, CT 06712
>
> Stephen Pursel
> 494 Spielman Highway
> New Hartford, CT 06013
>
> Robert G. Mastrofrancesco
> 1076 Hamilton Avenue
> New Hartford, CT 06057

    /s/ Jeffrey L. Rudd  
    Jeffrey L. Rudd

60666261