IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC. d/b/a ALLPOINTS FOODSERVICE PARTS & SUPPLIES, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 4388 |
| v. | ) ) | Judge Virginia Kendall |
| 5 STAR SUPPLY LLC, 5 STAR MANAGEMENT GROUP, LLC, LINDA A. WILLIAMS, CLIFFORD G. WILLIAMS II, STEPHEN J. PURSEL, PHILIP J. CARUSO, AND ROBERT G. MASTROFRANCESCO, | ) ) ) ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

## CORRECTED NOTICE OF MOTION

To:   Parties on Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m., Plaintiff will appear before the Honorable Judge Virginia M. Kendall, on *Plaintiff's Motion for Preservation Order and Forensic Examination* and *Plaintiff's Motion for Preliminary Injunction and Expedited Discovery*, copies of which have been filed and previously served on you by U.S. Mail and Federal Express.

                    CONSOLIDATED COMMERCIAL CONTROLS,
                    INC., d/b/a ALLPOINTS FOODSERVICE PARTS
                    & SUPPLIES


                    By: /s/ Jeffrey L. Rudd
                         One of Its Attorneys

Bonita L. Stone
Jeffrey L. Rudd
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200 (telephone)
(312) 902-1061 (facsimile)
#60666261

## CERTIFICATE OF SERVICE

I, Jeffrey L. Rudd, an attorney, certify that on August 11, 2008, I served a copy of the foregoing ***Corrected Notice of Motion***, by first class U.S. mail, proper postage prepaid, and by overnight delivery by Federal Express, upon the following:

>Rowena A. Moffett
>Brenner, Saltzman & Wallman LLP
>271 Whitney Ave.
>New Haven, CT 06511
>
>5 Star Supply LLC
>5 Star Management Group, LLC
>Linda Williams
>c/o Linda Williams
>66 Hidden Hill Road
>New Hartford, CT 06057
>
>Clifford Williams
>66 Hidden Hill Road
>New Hartford, CT 06057
>
>Philip Caruso
>25 Cheryl Lane
>Prospect, CT 06712
>
>Stephen Pursel
>494 Spielman Highway
>New Hartford, CT 06013
>
>Robert G. Mastrofrancesco
>1076 Hamilton Avenue
>New Hartford, CT 06057

                                                                                                                         /s/ Jeffrey L. Rudd_____
                                                                                                                          Jeffrey L. Rudd

60666261