# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Consolidated Commercial Controls, Inc.
                                  Plaintiff,

v.                                                      Case No.: 1:08−cv−04388
                                                      Honorable Virginia M. Kendall

5 Star Suppy LLC, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff's motion for preliminary injunction[12] and motion for preservation order and forensic examination [11] are taken under advisement. Responses are to be filed by 8/29/2008. Replies due by 9/8/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.