IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC. d/b/a ALLPOINTS FOODSERVICE PARTS & SUPPLIES, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 4388 |
| v. | ) ) | Judge Virginia Kendall |
| 5 STAR SUPPLY LLC, 5 STAR MANAGEMENT GROUP, LLC, LINDA A. WILLIAMS, CLIFFORD G. WILLIAMS II, STEPHEN J. PURSEL, PHILIP J. CARUSO, AND ROBERT G. MASTROFRANCESCO, | ) ) ) ) ) ) ) | Magistrate Judge Michael T. Mason |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Cary E. Donham
      Shefsky & Froelich, Ltd.
      111 East Wacker Drive, Suite 2800
      Chicago, Illinois 60601

    PLEASE TAKE NOTICE that on Thursday, August 21, 2008, at 9:00 a.m., Plaintiff will appear before the Honorable Judge Virginia M. Kendall, on *Plaintiff's Renewed Motion for Expedited Discovery,* a copy of which will be contemporaneously filed and served on you through the ECF system.

                    CONSOLIDATED COMMERCIAL CONTROLS,
                    INC., d/b/a ALLPOINTS FOODSERVICE PARTS
                    & SUPPLIES


                    By:  /s/ Jeffrey L. Rudd_____
                         One of Its Attorneys

Bonita L. Stone
Jeffrey L. Rudd
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200 (telephone)
(312) 902-1061 (facsimile)
#60668398