IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONSOLIDATED COMMERCIAL CONTROLS, INC. | ) | |
| | ) | CASE NO. 1:08-cv-04388 |
| Plaintiff, | ) | Honorable Virginia M. Kendall |
| | ) | |
| v. | ) | |
| | ) | |
| 5 STAR SUPPLY LLC, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on September 4, 2008 at 9:00 a.m., we shall appear before the Honorable Virginia M. Kendall of the United States District Court for the Northern District of Illinois, Room 2319 of the Dirksen Building, 219 South Dearborn, Chicago, Illinois, and present ***Defendants' Motion to Dismiss or Alternatively Transfer Action Due to Improper Venue***, a copy of which is hereby served upon you.

Dated: August 29, 2008

                                                                    DEFENDANTS 5 STAR SUPPLY LLC, 5 STAR
MANAGEMENT GROUP, LLC, LINDA A.
WILLIAMS, CLIFFORD G. WILLIAMS, II
STEPHEN J. PURSEL, PHILIP J. CARUSO, and
ROBERT G. MASTROFRANCESCO,


                                                                    By:   s/Cary E. Donham

Cary E. Donham
Roger Joseph Kiley
SHEFSKY & FROELICH LTD
111 East Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000
Email: cdonham@shefskylaw.com
        rkiley@shefskylaw.com

1094968_1