## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Consolidated Commercial Controls, Inc.

                         Plaintiff,

v.                                                Case No.: 1:08–cv–04388
                                                  Honorable Virginia M. Kendall

5 Star Suppy LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2008:

        MINUTE entry before the Honorable Virginia M. Kendall:Motion hearing held. Defendants' motions to dismiss or transfer venue are taken under advisement. Response is to be filed by 9/11/2008. Reply is due 9/18/2008. Plaintiff's oral motion for leave to file by 9/11/2008 a reply to the motion for preliminary injunction is granted.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.